[No. 32564-4-III.   Division Three.   June 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RAY ARTEAGA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02784-7, Maryann C. Moreno, J., entered June 6, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 32683-7-III.   Division Three.   June 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY LENY BETANCOURTH, *Appellant*.

The unpublished opinion in this case was *withdrawn* by order of the Court of Appeals dated December 8, 2016. Substitute opinion filed. See 197 Wn. App. 1005.

[No. 33783-9-III.   Division Three.   June 30, 2016.]

KEVIN ANDERSON, *Appellant*, v. WALLA WALLA POLICE DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 15-2-00103-6, M. Scott Wolfram, J., entered September 18, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.